IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JOHN PARKS, et al.,** § | |
| *Plaintiffs*, § | |
| § | |
| **v.** § | |
| § | No. MO:19-CV-184-RCG |
| **RANGER ENERGY SERVICES,** § | |
| **LLC, et al.,** § | |
| *Defendants*. § | |

## ORDER GRANTING JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AND DISMISS WITH PREJUDICE

BEFORE THE COURT are Plaintiffs John Parks, Tracy Ledlow, George Garcia, and Kustuss Phillips (collectively, "Plaintiffs") and Defendants Ranger Energy Services, LLC, Mallard Completions, LLC, Nick Murphy, and Matt Houston's (collectively, "Defendants") Joint Motion to Approve Confidential Settlement and to Dismiss with Prejudice ("Joint Motion to Approve Settlement"). (Doc. 60). This case is before the undersigned U.S. Magistrate Judge pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 61, 62). After due consideration, the Court **GRANTS** the parties' Joint Motion to Approve Settlement. (Doc. 60).

By their Amended Complaint, Plaintiffs allege Defendants violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, by failing to pay Plaintiffs overtime for hours worked in excess of forty hours in a workweek. (Doc. 32). Plaintiffs and Defendants move the Court to approve their Settlement Agreement. (Doc. 60). The parties filed the Settlement Agreement under seal. (Doc. 60-1).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties

concerning the merits of the claims asserted in this action and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 60-1).

It is therefore **ORDERED** that the Joint Motion to Approve Settlement Agreement is **GRANTED** (Doc. 60) and the Settlement Agreement is **APPROVED**. (Doc. 60-1).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 4th day of August, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE